UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

CINDY DELSART,

        Plaintiff,

v.

ETHICON, INC., et al.,

        Defendants.

Case No. 19-C-1698

## ORDER ADJOURNING TRIAL DATE AND ASSOCIATED PRETRIAL DEADLINES

IT IS HEREBY ORDERED that Defendants' Unopposed Civil L.R. 7(h) Expedited Non-Dispositive Motion to Adjourn Trial Date and Associated Pretrial Deadlines is GRANTED.

IT IS FURTHER ORDERED that the final pretrial conference scheduled for September 3, 2020, the trial scheduled for October 5, 2020, and the associated pretrial filing deadlines are removed from the Court's calendar.

The Clerk is directed to set the matter for a telephone conference to address further scheduling.

Dated at Green Bay, Wisconsin this 21st day of August, 2020.

                                      s/ William C. Griesbach
                                      William C. Griesbach
                                      United States District Judge